**DOCUMENT REMOVED DUE TO REASON[S ] CHECKED BELOW**

☐ **DOCUMENT ENTERED IN ERROR**

☑ **DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF** January 7, 2016 .

☐ **INCORRECT DOCUMENT LINKED**

☐ **OTHER**

☐ **REMOVED PER IOP 30(b)**