

UNITED STATES POSTAL SERVICE

IL 604

21 JAN '16

PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES DISTRICT COURT
219 SOUTH DEARBORN
20TH FLOOR, CLERK'S OFFICE
CHICAGO, ILLINOIS 60604

RECEIVED

JAN 2 3 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

15 cr 505

1-23-2016

FILED

JAN 23 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _A. Wright_ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)    C. Date of Delivery _1/21/16_ |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| McDonnell Meyer<br>Defender Program<br>onroe St.<br>00<br>, IL 60603 | 3. Service Type    _15 cr 5_<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7008 1830 0000 4138 7260 |