IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **United States of America** ) | |
| ) | No. 15 CR 505 |
| v. ) | |
| ) | Judge Robert Blakey |
| **Ulric Jones** ) | |

**MOTION TO WITHDRAW**

The Federal Defender Program and its attorney, **Geoffrey M. Meyer**, respectfully request that this Honorable Court grant Mr. Meyer leave to withdraw as counsel for defendant **Ulric Jones**. In support of this motion, counsel states the following:

1. On August 19, 2015, a grand jury returned an indictment against Mr. Jones charging him with mail fraud, making false claims against the United States, and theft from the United States. At the initial appearance on December 11, 2015, the Court appointed Mr. Meyer, through the Federal Defender Program, to represent Mr. Jones.

2. Mr. Meyer and the Federal Defender Program now request leave to withdraw from the case. Mr. Jones informed Mr. Meyer and the Federal Defender Program that he has retained private counsel, John H. Davis, to represent him in this matter.

3. Mr. Meyer reached out to Mr. Davis who indicated that he is currently facing a deadline in another case, but he hopes to have his appearance on file by the beginning of the week of June 20, 2016. Mr. Jones's case is currently scheduled for a change of plea

hearing on June 23, 2016, at 1:00 PM. Mr. Davis indicated that he is unable to attend the hearing and that he will need time to review the discovery in this matter. He requested that a status hearing be scheduled for the first week in August 2016.

4. The Federal Defender Program will arrange for transfer of the discovery in this matter to Mr. Davis upon the filing of his appearance.

**Wherefore**, for the reasons stated above, the Federal Defender Program and Mr. Meyer respectfully request that, upon the filing of Mr. Davis's appearance, this Honorable Court grant the motion for leave to withdraw.

                                                  Respectfully submitted,

                                                  FEDERAL DEFENDER PROGRAM
                                                  Carol A. Brook,
                                                  Executive Director

                                        By: *s/ Geoffrey M. Meyer*
                                                  Geoffrey M. Meyer
                                                  Attorney for Defendant

Federal Defender Program
55 East Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8326

CERTIFICATE OF SERVICE

The undersigned, Geoffrey M. Meyer, an attorney with the Federal Defender Program hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**Motion to Withdraw**

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on June 14, 2016, to counsel/parties that are non-ECF filers.

FEDERAL DEFENDER PROGRAM
Carol A. Brook,
Executive Director

By: s/ Geoffrey M. Meyer
Geoffrey M. Meyer
Attorney for Defendant

Geoffrey M. Meyer
Federal Defender Program
55 East Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8326