# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **v.** | ) |
| | ) Case No. **15 CR 505** |
| | ) |
| ULRIC JONES, | ) |
| a/k/a "Ulric El Bey" | ) |

## MOTION FOR JUDGMENT OF ACQUITTAL
## PURSUANT TO RULE 29/ALTERNATIVELY MOTION FOR NEW
## TRIAL UNDER RULE 33

Comes now Defendant Ulric Jones by Counsel, John H. Davis, and files Motion for Judgment of Acquittal pursuant to Rule 29/alternatively Motion for New Trial pursuant to Rule 33 and sets forth the following:

1.  Defendant was found guilty of three (3) separate charges in the trial ending on January 11, 2017.

2.  The rules require that defendant file post-conviction motions within fourteen (14) days.

3.  Defendant's counsel informed this Court that counsel had to prepare immediately for another jury trial starting on January 23, 2017 and would not have sufficient time to thoroughly

prepare a post-conviction motion within the fourteen (14) day period.

4.     This Court provided the defendant's counsel the option of filing a one-page post conviction document to comply with the fourteen (14) day requirement.

5.     The jury in the instant case, within less than twenty (20) minutes, requested an answer to a question that defendant asserts was critical to the jury's deliberation and verdict.

6.     This Court, the Government and the Defense were unable to give a specific answer to the jury's question.

7.     The jury retired, again, and within five (5) minutes came back with a verdict of guilty on all three (3) counts.

8.     The defendant asserts that this jury could not have given fair and complete deliberation regarding all the facts and exhibits submitted in this case and had to have resolved the issue of guilt based upon speculation and conclusions which were not supported by the evidence.

9.     The defendant seeks the continued indulgence of this Court for the additional time to fully prepare motions and memorandum in support of a Rule 29 and/or a Rule 33.

**10.**   This Court has granted the defendant the opportunity to submit a one-page motion for purposes of complying with the fourteen (14) day Rule and has set status hearing for February 1, 2017 to determine the time to more fully pursue post-conviction motions and memorandum.

Respectfully Submitted,

s/ John H. Davis
**John H. Davis**
*Attorney for Defendant,*
*Ulric Jones*

*John H. Davis & Associates*
*P.O. Box 43*
*Crown Point, Indiana 46308-0043*
*(219) 884 – 2461*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **January 21, 2017** a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

s/ John H. Davis
**John H. Davis**
