# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 3, 2018

*By the Court*:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>No. 17-3443　　　　　　　v.<br><br>ULRIC JONES,<br>　　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:15-cr-00505-1<br>]<br>] John Robert Blakey,<br>]　　　Judge. |

　　**IT IS ORDERED** that Thomas W. Patton, Chief Federal Defender, 401 Main Street, Peoria, IL, 61602, is appointed to represent defendant-appellant Ulric Jones for the LIMITED purpose of seeking *in forma pauperis* status in the district court on behalf of defendant-appellant. Counsel is directed to contact the defendant-appellant immediately.

　　Counsel shall file a status report, on or before August 27, 2018, regarding defendant-appellant's motion to proceed *in forma pauperis* on appeal and its disposition.