# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

August 27, 2018

**By the Court:**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff-Appellee, <br><br> No. 17-3443      v. <br><br> ULRIC JONES, <br>     Defendant-Appellant. | ] Appeal from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. <br> ] <br> ] No. 1:15-cr-00505-1 <br> ] <br> ] John Robert Blakey, <br> ]    Judge. |

O R D E R

    On consideration of the Status Report filed by attorney Johanna M. Christiansen on August 27, 2018, and the letter dated August 8, 2018, from defendant Ulric Jones,

    IT IS ORDERED that defendant Jones personally file, on or before September 11, 2018, a response to attorney Christiansen's Status Report, addressing in particular his choice of the options set forth in paragraph 9 of the Status Report. As the court already has made clear, defendant Jones is not permitted to proceed in this court with attorney Davis as his lawyer. *See* court's order of June 20, 2018.

    IT IS FURTHER ORDERED that the clerk distribute, along with defendant Jones' copy of this order, the Status Report filed on August 27, 2018, and the court's June 20, 2018 order.